UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JANICE WATKINS** )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>**MIDLAND CREDIT** )<br>**MANAGEMENT, INC.** )<br>　　　Defendant, )<br> ) | Civil Action No. 1:14-cv-13979-GAO |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 12, 2015

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:

　　　　　　　　　　　　　　　　　　　　/s/ Kevin V. K. Crick
　　　　　　　　　　　　　　　　　　　　Kevin V. K. Crick, Esq.
　　　　　　　　　　　　　　　　　　　　Consumer Rights Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　133 Main Street, Second Floor
　　　　　　　　　　　　　　　　　　　　North Andover, MA 01845
　　　　　　　　　　　　　　　　　　　　Phone: (978) 420-4747
　　　　　　　　　　　　　　　　　　　　Fax#1: (978) 409-1846
　　　　　　　　　　　　　　　　　　　　Fax#2: (888) 712-4458
　　　　　　　　　　　　　　　　　　　　Email: kevinc@consumerlawfirmcenter.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**PROOF OF SERVICE**

    I hereby certify that on February 12, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

    /s/ Kevin V. K. Crick, Esq.